500 P.3d 378 (Mem)
In Re: Melanie GREEN, M.D.; William Keller; Norma Starr ; Robert L. Pruitt; Sarah K. Ruderman; James E. Davis; Tommy Sanchez; Stephen R. Dahlin; and Galen Neher, Plaintiffs
v.PORTERCARE ADVENTIST HEALTH SYSTEM, Defendant
Supreme Court Case No: 2020SA313 Supreme Court of Colorado.
DATE FILED: January 14, 2021 ORDER OF COURT
Upon further consideration of the above captioned matter and now being sufficiently advised in the premises,
We conclude that we issued the September 8, 2020 Rule to Show Cause improvidently; therefore,
IT IS ORDERED that the original proceeding before this Court is DISMISSED. We return jurisdiction in this matter to the District Court, City and County of Denver for further proceedings in the underlying action.